UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ SINGH,

Plaintiff,

v.

KIRAN RAWAT, et al.,

Defendants.

No. 2:25-cv-02401-DC-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 2, 3)

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On September 24, 2025, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 3.) Plaintiff filed objections to the findings and recommendations. (ECF No. 4.) However, the objections do not provide a basis upon which to reject the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 24, 2025 (ECF No. 3), are ADOPTED in full;

1

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e); AND

4. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **March 29, 2026**

_____
Dena Coggins
United States District Judge